No. 90-1205. UNITED STATES *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and
No. 90-6588. AYERS ET AL. *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S.

958.] Motions of Charles E. "Buddy" Roemer III, Governor of the State of Louisiana, et al. and Board of Trustees of the University of Alabama for leave to file briefs as *amici curiae* granted.